IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FERAS ABUALROB, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:12-0817 |
| ) | Judge Trauger |
| SYNOVUS MORTGAGE CORPORATION, ) | Magistrate Judge Brown |
| FEDERAL HOME LOAN MORTGAGE ) | |
| CORPORATION, as Trustee for Securitized Trust ) | |
| Freddie Mac Fixed To Floating Rate Non ) | |
| Cumulative Perpetual Preferred Stock, ) | |
| MORTGAGE ELECTRONIC REGISTRATION ) | |
| SYSTEM, a/k/a "MERS," and DOES 1 through ) | |
| 100, Inclusive, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

On April 1, 2013, the Magistrate Judge issued a Report and Recommendation (Docket No. 60), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the Motions to Dismiss filed by the defendants (Docket Nos. 36, 44) are **GRANTED**. The plaintiff's federal claims are **DISMISSED WITH PREJUDICE**, and the plaintiff's state law claims are **DISMISSED WITHOUT PREJUDICE**.

It is so **ORDERED.**

Enter this 26th day of April 2013.

ALETA A. TRAUGER
U.S. District Judge